NATIONAL BANK OF VIRGINIA, Respondent, *v.* ROBERT A. MILLS et al., Appellants.

(Argued March 17, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

December 30, 1886, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed orders denying motions for new trials.

*E. Countryman* for appellants.

*George L. Carlisle* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.